UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES,


      v.                                          05-CR-209(SJ)


JAHI HASANATI.
----------------------------------------------------------x

## AFFIDAVIT OF NON-RESPONSE

I AM JAHI HASANATI, with first hand knowledge of the following:

1. On June 14, 2012, NOTARY PUBLIC PETER VARTIANEN of Charlotte, Florida, mailed a document entitled "Demand for Certification of Law", on behalf of Jahi Hasanati, to the United States Attorney, Eastern District of New York, at the city of Brooklyn, New York.

2. The deadline imposed by the demand was ~~June 24~~ *July 5th*, 2012.

3. No objections, answers or otherwise pleadings have been received as of this date from the Attorney's Office.

4. The failure and refusal to answer etc. is construed by Jahi Hasanati as an agreement and stipulation that Title 8 U.S.C. §287 does not exist.

I hereby affirm that I prepared and have read the foregoing, and that the statements made can be relied on as true, correct and certain.

Dated: July _____, 2012.

Without Prejudice,

By: _____

Jahi Hasanati
Attorney-in-Fact
c/o 33123 Oil Well Rd.
Punta Gorda, Fl. 33955

STATE OF FLORIDA
Charlotte County, ss.

Subscribed to on this _____ day of July, 2012, in my presence.

WITNESS My hand and official seal.

_____
NOTARY PUBLIC
My Commission Expires

PETER VARTIAINEN
MY COMMISSION # DD 983604
EXPIRES: April 20, 2014
Bonded Thru Budget Notary Services

Jahi Hasanati
c/o D15084
33123 Oil Well Rd
Punta Gorda, Florida

## AFFIDAVIT OF SERVICE

05-CR-209(SJ)

State of Florida
County of Charlotte, ss.

On this 2nd day of July, 2012 the undersigned NOTARY PUBLIC, commissioned in the State of Florida, did personally place the following instrument(s), that were delivered to me, by Jahi Hasanati, on said date, in an appropriate envelope; was then sealed by me, and sent by United States Postal Service, First Class Mail, to: Clerk of Court, 225 Cadman Plaza E., Brooklyn, NY; U.S. Attorney, 271 Cadman Plaza E., Brooklyn, NY; U.S. Attorney General, Washington, D.C.:

- AFFIDAVIT OF NON-RESPONSE

Witness my hand and official seal.

My commission expires, _____

PETER VARTIAINEN
MY COMMISSION # DD 983604
EXPIRES: April 20, 2014
Bonded Thru Budget Notary Services





PETER VARTIAINEN
MY COMMISSION # DD 983604
EXPIRES: April 20, 2014
Bonded Thru Budget Notary Services

Jahi Hasanati

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES,

Case No.  05-CR-209(SJ)

v.

JAHI HASANATI.
-------------------------------------------------------X

## DEMAND FOR CERTIFICATION OF LAW

Sirs:

     This constitutes the Third Demand for a certified copy of:

- Title 18 U.S.C. Section 287

     To this date, the United States Attorney – EDNY has not certify on the record, that T 18 U.S.C. § 287 exist.

     A failure to respond to this instant Demand, within twenty-one (21) days, would be construed by Jahi Hasanati that the charges did/do not exist.

     A copy of the said certification is to be mailed to the address below.

Dated: May 29, 2012

Without Prejudice

By:
_____
Jahi Hasanati
Attorney-in-fact
c/o D15084
33123 Oil Well Rd.
Punta Gorda, Florida

Service:
U.S. Attorney / EDNY
His Excellency Sterling Johnson
United States Attorney General



Jahi Hasanati
c/o D15084
33123 Oil Well Rd
Punta Gorda, Florida

## AFFIDAVIT OF SERVICE

Case No. 05-CR-209(SJ)

State of Florida
County of Charlotte, ss.

On this 14th day of June, 2012 the undersigned NOTARY PUBLIC, commissioned in the State of Florida, did personally place the following instrument(s), that were delivered to me by Jahi Hasanati, on said date, in an appropriate envelope; was then sealed by me, and sent by United States Postal Service, First Class Mail, to: _District Court, 225 Cadman Pl E, Brooklyn, NY; US Attorney, 271 Cadman Pl E., Brooklyn, NY; J. Johnson, 225 Cadman Pl. E., Brooklyn, NY, US Attorney General, Washington, DC._

1. _Demand for Certification of Law_
2. _____
3. _____

Witness my hand and official seal.

My commission expires, _____

PETER VARTIAINEN
MY COMMISSION # DD 983604
EXPIRES: April 20, 2014
Bonded Thru Budget Notary Services

FL DOC D15084

by: Jahi Hasanati